The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| T.D., a minor child, by her next friend, CATHLEEN D.; PARKER KOSHELNIK-TURNER, by his guardian and next friend, GLEN TURNER; and VIRGINIA KOSHELNIK-TURNER, by her next friend, GLEN TURNER, on behalf of themselves and a class of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN DREYFUS, in her official capacity as Secretary of the Washington State Department of Social and Health Services,<br><br>Defendant. | NO. C09-5379 RBL<br><br>ORDER ON PLAINTIFFS' MOTION FOR TRO |

THIS MATTER came before the Court on the June 29, 2009 on Plaintiffs' Motion for a Temporary Restraining Order enjoining the Defendant, Susan Dreyfus, Secretary, Department of Social and Health Services (DSHS), from implementing reductions to Medicaid in-home personal care services for children under age twenty-one that were scheduled to go into effect on July 1, 2009. Present at the hearing were Amy L. Crewdson and Eleanor Hamburger, counsel for Plaintiffs, and Assistant Attorneys General Edward Dee and Michael Young, representing the Defendant.

The Court, having reviewed the memoranda, declarations and exhibits submitted by the parties, and having considered the oral arguments presented at the hearing on the motion, hereby enters the following ORDER:

**ORDER**

1. Defendant is enjoined until August 1, 2009 from implementing reductions to Medicaid in-home personal care services for children under age twenty-one.

2. To further inform the Court prior to August 1, 2009, Defendant shall provide the Court with any additional evidence and information the state currently has or subsequently receives regarding communications between DSHS and the Centers for Medicare and Medicaid Services (CMS) related to the reductions to Medicaid in-home personal care services at issue in this litigation, including CMS's responses to said communications.

DATED this 2nd day of July, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[AMENDED PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR TRO
NO. C09-5379RBL

2

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

Presented by:

ROBERT MCKENNA
Attorney General

s/ *Edward J. Dee*
EDWARD J. DEE, WSBA #15964
Senior Counsel

s/ *William Bruce Work*
WILLIAM BRUCE WORK, WSBA #33824
Assistant Attorney General

s/ *Michael M. Young*
MICHAEL M. YOUNG, WSBA #35562
Assistant Attorney Generals
Attorneys for Defendant

Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
Phone: 360-586-6565
Fax: 360-586-6662
Attorneys' E-mail Addresses**:**
   **Edward.Dee@atg.wa.gov**
   **brucew@atg.wa.gov**
   **michaely@atg.wa.gov**


Approved as to form; notice of presentation waived:

SIRIANNI YOUTZ
MEIER & SPOONEMORE

s/ *Eleanor Hamburger*
ELEANOR HAMBURGER, WSBA #26478

COLUMBIA LEGAL SERVICES

s/ *Amy L. Crewdson*
AMY L. CREWDSON, WSBA #9468

Attorneys for Plaintiffs