UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PARKER KOSHELNIK-TURNER, by his guardian
and next friend, GLEN TURNER; VIRGINIA
KOSHELNIK-TURNER, by her next friend, GLEN
TURNER on behalf themselves and of a class of
persons similarly situated,

Plaintiffs,

vs.

SUSAN DREYFUS, in her official capacity as the
Secretary of the Washington Department of Social
and Health Services,

Defendant.

NO. **3:09-cv-05379-RBL**

ORDER GRANTING PLAINTIFFS'
MOTION TO EXTEND
TEMPORARY RESTRAINING
ORDER

THIS MATTER came before the Court on Plaintiffs' Motion to Extend the

Temporary Restraining Order currently in effect in this case. This motion is not opposed by

Defendant. The motion is supported by the Declaration of Amy L. Crewdson. The Court finds

good cause exists to grant the motion.

[PROPOSED] ORDER GRANTING MOTION FOR
TEMPORARY RESTRAINING ORDER – 1
[No. 3:09-CV-05379-RBL]

Columbia Legal Services
711 Capitol Way South #304
Olympia WA 98501
(360) 943-6260
(360) 754-4578 (fax)

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Extend the Temporary Restraining Order is GRANTED. The Temporary Restraining Order shall continue to be in force until November 1, 2009.

Dated this 12th day of August, 2009.

_Ronald B. Leighton_

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

SIRIANNI YOUTZ
MEIER & SPOONEMORE

_/s/ Eleanor Hamburger_
Eleanor Hamburger (WSBA # 26478)

COLUMBIA LEGAL SERVICES

_/s/ Amy L. Crewdson_
Amy L. Crewdson (WSBA #9468)
Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING MOTION FOR
TEMPORARY RESTRAINING ORDER – 2
[No. 3:09-CV-05379-RBL]

Columbia Legal Services
711 Capitol Way South #304
Olympia WA 98501
(360) 943-6260
(360) 754-4578 (fax)