HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PARKER KOSHELNIK-TURNER, by his guardian and next friend, GLEN TURNER; VIRGINIA KOSHELNIK-TURNER, by her next friend, GLEN TURNER, on behalf of themselves and of a class of persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SUSAN DREYFUS, in her official capacity as Secretary of the Washington State Department of Social and Health Services,<br><br>Defendant. | Case No. C09-5379RBL<br><br>ORDER RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES |

THIS MATTER came before the Court on Plaintiffs' Motion for Attorneys' Fees [Dkt. #46]. Plaintiffs seek to an award of attorneys' fees totaling $92,369.00.

The Court has reviewed and considered the filings in support of and in opposition to the fee request. Based on these filings and the record in the case, the Court has determined that the Plaintiffs' fee request (including the rates and hours spent on the case) is reasonable.

The defendant agrees that the plaintiffs are "prevailing parties" and that the hourly rates charged by plaintiffs' respective counsel are reasonable. Defendant challenges, however, the reasonableness of the number of hours devoted by counsel to the prosecution of this action. The Court is familiar with the work-

product achieved by all counsel for plaintiffs and it was excellent.  Given the importance and complexity of the legal issues, the Court is of the opinion that the number of hours and the focus of hours spent on this case by plaintiffs' lawyers was reasonable and appropriate.  Having considered all relevant factors and resolved the only dispute between the parties the Court hereby **ORDERS** that Plaintiffs are the prevailing party and that Defendant is required to pay reasonable attorneys fees of $92,369.00; to be paid to Columbia Legal Services and Sirianni Youtz Meier and Spoonemore in accordance with their respective requests.  The Court having been notified of the settlement in this case, and it appearing that there are no further issues for the Court's determination, it is hereby **ORDERED** that this action and all claims asserted herein are **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Dated this 10th day of December, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE